Herman House against Elizabeth Taylor and others. No opinion. Judgment unanimously affirmed, with costs.

HOYLER, Appellant, v. HOYLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Charles A. Hoyler against Martha Hoyler.

PER CURIAM. Judgment reversed, and new trial granted, without costs. *Held*, that the questions of fraud and impotency were not covered by the pleadings, and should not have been tried against plaintiff's objection, and that the findings that the plaintiff was guilty of cruel and inhuman treatment are contrary to and against the weight of the evidence.

LAMBERT, J., not sitting

HUGHES v. BREAKWATER CO. (No. 5992.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Trial Term, New York County. Action by James E. Hughes against the Breakwater Company. Judgment for plaintiff, and defendant appeals. Affirmed. Emanuel J. Myers, of New York City, for appellant. Horace L. Cheyney, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J. (dissenting). I dissent, upon the ground that the assumption of the debt of the bankrupt company by the defendant was without consideration, and the directors of the defendant had no power to assume such debt.

HUGHES, Respondent, v. BROWN-REISS REALTIES, Appellant. (Supreme Court, Appellate Division, First Department, June 26, 1914.) Action by Mary B. Hughes against the Brown-Reiss Realties. H. M. Marks, of New York City, for appellant. E. P. Kilroe, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HUGHES, Respondent, v. ROACHE, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Thomas L. Hughes against J. Benedict Roache. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant within 10 days to withdraw demurrer and answer, upon payment of costs in this court and at the Special Term.

HURD, Respondent, v. GREENLAWN CEMETERY ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by George B. Hurd, in his own behalf, etc., against the Greenlawn Cemetery Association and others. E. J. Myers, of New York City, for appellants. J. M. Gardner, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1122.

HURD v. GREENLAWN CEMETERY ASS'N et al. (Supreme Court, Appellate Di-vision, First Department. July 10, 1914.) Action by George B. Hurd, etc., against the Greenlawn Cemetery Association and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1122.

HYDE PARK TERRACE CO., Respondent, v. JACKSON BROS. REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by the Hyde Park Terrace Company against the Jackson Bros. Realty Company and others, copartners, etc. No opinion. Order settled and signed. See, also, 147 N. Y. Supp. 1117.

HYLAND v. FINK. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Catherine Hyland against Valentine Fink. No opinion. Application denied, with $10 costs. Order signed.

INGALLS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Cora Ingalls against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 155 App. Div. 878, 139 N. Y. Supp. 1127.

KRUSE, P. J., dissents.

In re INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of the Interborough Rapid Transit Company (Webster Avenue Line, West Farms Subway Connection). No opinion. Application granted. Settle order on notice.

IRVIN, Appellant, v. OSWALD, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Paul H. Irvin against Charles Oswald. No opinion. Order affirmed, with $10 costs and disbursements.

JAMES C. McGUIRE & CO. v. H. G. VOGEL CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by James C. McGuire & Co. against the H. G. Vogel Company. No opinion. Application granted. Order signed. See, also, 148 N. Y. Supp. 178.

JENDRASIAK, Respondent, v. LACKAWANNA BRIDGE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Lawrence Jendrasiak against the Lackawanna Bridge Company, impleaded with the South Buffalo Railway Co. No opinion. Judgment and order affirmed, with costs. Leave to appeal to Court of Appeals denied in 148 N. Y. Supp. 1122.

JENDRASIAK, Respondent, v. LACKAWANNA BRIDGE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Lawrence

Jendrasiak against the Lackawanna Bridge Company, impleaded with another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 148 N. Y. Supp. 1122.

JEWELL, Respondent, v. LESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Judson I. Jewell against Garra K. Lester. No opinion. Judgment affirmed, with costs. Reargument denied in 148 N. Y. Supp. 1123.

JEWELL, Respondent, v. LESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Judson I. Jewell against Garra K. Lester. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 148 N. Y. Supp. 1123.

JOHN M. HUGHES' SONS CO. v. SMITH et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by the John M. Hughes' Sons Company against Elbert C. Smith and others. No opinion. Judgment affirmed, with costs.

JOHN REIS CO., Respondent, v. POST, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by the John Reis Company against Mary Elizabeth Post, executrix, etc. No opinion. Motion denied, with $10 costs, without prejudice to an application by plaintiff to this court at a Special Term thereof for leave to amend its complaint upon such terms as may be just. Plaintiff sought no relief by way of motion. The relief now asked for was not included in defendant's notice of motion. See, also, 147 N. Y. Supp. 845.

JOHNSON, Respondent, v. MOSKOWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Application of Albert H. Johnson, against Henry Moskowitz and others. No opinion. Order affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Ellsworth J. Johnson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by John Johnson against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court.

Appellate Division, Second Department. June 5, 1914.) Action by John Johnson, Jr., by his guardian ad litem, against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON COUNTY SAVINGS BANK, Respondent, v. SHEROW, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by the Johnson County Savings Bank against L. Minor Sherow. No opinion. Judgment of the county court of Westchester county affirmed, with costs.

JOINTA LIME CO. v. GLENS FALLS MATCH CO. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by the Jointa Lime Company against the Glens Falls Match Company. No opinion. Motion to dismiss appeals granted, with $10 costs in each case.

JONES et al., Respondents, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Herbert E. Jones and others against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment of Special Term and judgment of Buffalo City Court reversed, and a new trial granted in the Buffalo City Court, with costs in all courts to appellant to abide event. New trial to be had on the 10th day of June, 1914, at 10 a. m. Held, that the plaintiff failed to prove that the grape fruit was in good condition when received by defendant for shipment over its railroad, or that the damaged condition of the fruit when received by the consignee at Buffalo was due to any neglect on the part of the defendant.

JONES, Respondent, v. ROME HOLLOW WIRE & TUBE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Griffith Solomon Jones against the Rome Hollow Wire & Tube Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1119.

JOYNER, Appellant, v. PULSIFER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Edward A. Joyner against Ella L. Pulsifer and others. H. J. Witte, of New York City, for appellant. G. S. Mittendorf, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

JUDSON, Appellant, v. FURLONG, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Mary C. Judson (sometimes known as Mary Mack Judson) against Mary E. Furlong.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to ap-